# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AL OTRO LADO )
*Plaintiff* )
)
v. ) Civil Action No. 1:24-cv-00925-TJK
U.S. CUSTOMS AND BORDER PROTECTION )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*  Matthew Graves
c/o Civil Process Clerk
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Fels
3214 Fountain Park Blvd.
Knoxville, TN 37917
andrew@alotrolado.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/1/2024                                              /s/ Nicole M. Wilkens
                                                            *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-00925-TJK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Matthew Graves**
was received by me on *(date)* **5.1.2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* As proven by the mail receipt below, I served the aboved named Defendant by tracked and certified mail on 5.16.2024. Defendant received it on 6.3.2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6.6.2024**

*/s/ Andrew Fels*
Server's signature

Andrew Fels, Esq.
*Printed name and title*

3214 Fountain Park Blvd., Knoxville, TN 37917
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20001

| | |
|---|---|
| Certified Mail Fee | $4.40 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $2.32 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $4.03 | |
| Total Postage and Fees $10.75 | 05/16/2024 |

Tracking: 9434 7129 4534 0003 1670 2202

Postmark: MAY 16, 0917 99

Sent To: Matthew Graves, D.C. US Attorney
Street and Apt. No., or PO Box No.: 601 D St. NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions