# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**AL OTRO LADO**
P.O. Box 907
Maywood, CA 90270

*Plaintiff*

v.

**U.S. CUSTOMS AND BORDER PROTECTION**
1300 Pennsylvania Avenue NW,
Washington, DC 20004

*Defendant*

Civil Action No. 1:24-cv-925

## PLAINTIFF'S MOTION TO AMEND COMPLAINT AS MATTER OF RIGHT

Plaintiff respectfully this honorable Court to grant this Motion to Amend its complaint as a matter of right under Fed. R. Civ. Pr. 15(a). As good cause shown for this Motion, the United States Attorney representing Defendant CBP received service of Plaintiff's Original Complaint on June 3, 2024. As required by LCvR 15.1, a copy of the First Amended Complaint is attached to this Motion; as required by this honorable Court's Standing Order in Civil Cases, a redlined comparison copy and a copy of the Standing Order in Civil Cases.

Dated: June 25, 2024          Respectfully submitted,

　　　　　　　　　　　　　　 /s/ Andrew Fels
                              Andrew Fels DC BAR:TN0025
                              AL OTRO LADO
                              P.O. Box 907
                              Maywood, CA 90270
                              Telephone: (865)-567-4881
                              Facsimile: (323) 430-8793
                              andrew@alotrolado.org
                              *Attorney for Plaintiff Al Otro Lado*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AL OTRO LADO** <br> P.O. Box 907 <br> Maywood, CA 90270 <br><br> *Plaintiff* <br><br> v. <br><br> **U.S. CUSTOMS AND BORDER PROTECTION** <br> 1300 Pennsylvania Avenue NW, <br> Washington, DC 20004 <br><br> *Defendant* | Civil Action No. 1:24-cv-925 |

### [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Amend and the entire record herein, the Court GRANTS Plaintiff's Motion to Amend.

    It is SO ORDERED this _____ day of _____, 2024.

_____

TIMOTHY J. KELLY <br>
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

    /s/ Andrew Fels
Andrew Fels DC BAR:TN0025
AL OTRO LADO
P.O. Box 907
Maywood, CA 90270
Telephone: (865)-567-4881
Facsimile: (323) 430-8793
andrew@alotrolado.org

*Attorney for Plaintiff Al Otro Lado*