UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>　　　　　　*Plaintiff,*<br>　v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>　　　　　　*Defendant.* | Civil Action No. 24-0925 (TJK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kaitlin K. Eckrote on behalf of Defendant in the above-captioned case.

Dated: June 26, 2024
　　　　Washington, DC

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　By: */s/ Kaitlin K. Eckrote*
　　　　　　　　　　　　　　　　　　KAITLIN K. ECKROTE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　Phone: (202) 252-2485
　　　　　　　　　　　　　　　　　　Kaitlin.Eckrote@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorney for Defendant*