UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>    Defendant. | Civil Action No. 24-0925 (TJK) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by forty-five days—i.e., until August 8, 2024. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed the Complaint in this action on April 1, 2024. Plaintiff served the U.S. Attorney's Office on or about June 3, 2024. On June 25, 2024, Plaintiff filed an Amended Complaint. Plaintiff brings its claims under the Freedom of Information Act. Defendant's deadline to respond to the Complaint is currently July 9, 2024.

While the undersigned has just recently been assigned to this matter, counsel has already reached out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's Complaint. Additionally, undersigned counsel for Defendant in currently on leave through July 2 and has four substantive filings due at the end of July and beginning of August, including one motion to dismiss, two

motions for summary judgment, and one motion for summary affirmance in the DC Circuit. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including August 8, 2024. A proposed order is enclosed herewith.

Dated: June 28, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*