UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>        Defendant. | Civil Action No. 24-0925 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including August 8, 2024, to respond to the Complaint in this action.

SO ORDERED:

_____    _____
Dated                                                                                  United States District Judge