

U.S. Customs and Border Protection

**CBPnet collaboration**

Search this site

CBPnet   CBP.gov

Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services

All Policy | OFO Policy | OT Policy

## OFO Policy – Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| | | | |
|---|---|---|---|
| A Quick Guide to Modernized TECS - Training and Production | 5/11/2015 | Guides | Admissibility Policy |
| (b) (7)(E) | 5/15/2015 | Memos | Admissibility Policy |
| (b) (7)(E) | 5/27/2015 | Guides | Admissibility Policy |
| (b) (7)(E) | 5/27/2015 | Guides | Admissibility Policy |
| (b) (7)(E) | 2/7/2008 | Memos | Admissibility Policy |
| (b) (7)(E) | 8/8/2011 | Memo/Muster | Admissibility Policy |
| Additional Aliens Final Rule Publication | 1/16/2009 | Memos | Admissibility Policy |
| Additional Countries Ineligible for Travel under the VWP Improvement and Terrorist Travel Prevention Act of 2015-Memo | 2/18/2016 | Memos | Admissibility Policy |
| Additional Countries Ineligible for Travel under the VWP Improvement and Terrorist Travel Prevention Act of 2015-Muster | 2/18/2016 | Musters | Admissibility Policy |
| Additional Streamlining of Cuban Refugee Adjustment Act (CRAA) Processing | 5/27/2015 | Memo/Muster | Admissibility Policy |
| Admissibility Advisory Network Interim Standard Operating Procedures | 3/12/2013 | SOPs | Admissibility Policy |
| Admissibility Policy Review | 6/10/2013 | Memos | Admissibility Policy |
| Admissibility Processing and Family Units | 2/25/2016 | Guides | Admissibility Policy |
| Admission of R1 nonimmigrants | 1/24/2013 | Memo/Muster | Admissibility Policy |
| Airport Wait Time Console | 5/27/2008 | Memo/Muster | Admissibility Policy |
| Alien Admitted as a Non-Controlled Visitor Without an I-94 | 3/15/2013 | Memo/Muster | Admissibility Policy |
| Alien Transfer Exit Program | 11/10/2011 | Memos | Admissibility Policy |
| Amendment to Memorandum to the Field Regarding Lawful Permanent Resident's (LPRs) Evidence of LPR status at Ports of Entry | 10/3/2008 | Memos | Admissibility Policy |
| Amendment to the Follow up Guidance For Photo Comparison During Inspection Muster | 12/4/2013 | Memo/Muster | Admissibility Policy |
| Annotating CBP Admission and Parole Stamps | 3/27/2013 | Memo/Muster | Admissibility Policy |
| APIS Operations and TECS Modernization | 1/20/2016 | Memos | Admissibility Policy |
| ARO I-212 Fee Increase Field Memo 11-2016 | 12/7/2016 | Memos | Admissibility Policy |
| Asia-Pacific Economic Cooperation (APEC) Business Travel Card (ABTC) Member Processing | 7/29/2010 | Memos | Admissibility Policy |
| Authoritative Guidance on Executive Order Protecting the Nation From Foreign Terrorist Entry into the United States | 2/1/2017 | Memos | Admissibility Policy |
| Authorization for Visa Issuance and Admission for Certain Inadmissible Nonimmigrant Aliens | 10/15/2008 | Memos | Admissibility Policy |
| Authorization to Parole Select Crewmembers | 3/8/2004 | Memos | Admissibility Policy |
| Automated Passport Control Operation | 3/9/2015 | Memos | Admissibility Policy |
| Automated Passport Control Standard Operating Procedures | 3/1/2014 | SOPs | Admissibility Policy |
| | 6/21/2010 | Memos | |

Automatic Default Date for B-1 Nonimmigrants Time of Admission Extended to six Months

Automatic Revalidation of Visas · · · 5/23/2012 Memo/Muster Admissibility Policy

1 - 30 ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins    Accessibility



**CBPnet collaboration**      Search this site ▼ 🔍      CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy     OFO Policy | OT Policy

## OFO Policy – Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| | Date | Type | |
|---|---|---|---|
| Automation of the CBP Form 1-94W in the Air and Sea Environments | 5/17/2010 | Memos | Admissibility Policy |
| B-1 System Default Period of Admission Memo | 6/21/2010 | Memos | Admissibility Policy |
| Basic Elements of a Thorough Primary Inspection | 11/27/2009 | Memo/Muster | Admissibility Policy |
| Biometric Mitigation Policy Revision | 2/24/2012 | Memo/Muster | Admissibility Policy |
| Blanket HIV Waivers for Nonimmigrants | 1/18/2006 | Memos | Admissibility Policy |
| (b) (7)(E) | 4/8/2011 | Memo/Muster | Admissibility Policy |
| Boarding and Inspection of Foreign Government and Foreign Military or State Vessels and Aircraft | 7/8/2013 | Memos | Admissibility Policy |
| Boarding and Inspection of Foreign Government and Military Aircraft | 1/21/2009 | Memos | Admissibility Policy |
| C1-D Crew Visa Fraud | 3/19/2007 | Memos | Admissibility Policy |
| Canadian Boater Landing Permit Standard Operating Procedures | 12/22/2006 | Memos | Admissibility Policy |
| Canadian Landed Immigrants and Executive Order Protecting the Nation From Foreign | 2/1/2017 | Memos | Admissibility Policy |
| Carrier Fines and the Exercise of Discretion | 8/8/2012 | Memos | Admissibility Policy |
| Carrier Liaison Update Processing of First Time Refugees | 9/10/2015 | Memos | Admissibility Policy |
| CBP Customs Declaration (CBP Form 6059B) Transition to New 04 14 Version and Use of Fillable Format Form | 6/24/2014 | Memo/Muster | Admissibility Policy |
| CBP Customs Declaration (CBP Form 6059B) compliance with the Trade Facilitation and Trade Enforcement Act of 2015 | 3/23/2016 | Memos | Admissibility Policy |
| CBP Form 623 Custody Receipt for Seized Entry Documents | 3/1/2010 | Guides | Admissibility Policy |
| CBP Headquarters Point of Contact for Cuba Air Service Program Expansion | 12/1/2011 | Memos | Admissibility Policy |
| CBP Officers Shall Maintain All Systems Access | 5/13/2011 | Memos | Admissibility Policy |
| CBP Policy on Equal Treatment of Same Sex Married Couples as Opposite Sex Married Couples | 3/2/2015 | Memo/Muster | Admissibility Policy |
| Change Default Class Code Amount | 12/22/2016 | Guides | Admissibility Policy |
| Change in I-89 Requirement | 6/11/2015 | Memo/Muster | Admissibility Policy |
| Change in I-94 Data Entry Vendor | 10/9/2014 | Musters | Admissibility Policy |
| Change of Circumstance - Preclearance Flights | 7/2/2012 | Memos | Admissibility Policy |
| Changes to Admision under the Religious Worker (R-1) Classification Resulting from the Final Religious Worker Rule | 12/16/2008 | Memos | Admissibility Policy |
| Changes to Consular Consolidated Database (CCD) | 6/29/2012 | Memo/Muster | Admissibility Policy |
| Changes to Form I-90 Lockbox Addresses and Policy Changes for Lost, Stolen, or Destroyed Permanent Resident Cards | 6/2/2009 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 1/13/2017 | Musters | Admissibility Policy |
| (b) (7)(E) | 1/13/2017 | Memos | Admissibility Policy |
| Changes to the SEVIS I-20A-B and I-20M-N Forms | 5/19/2015 | Memo/Muster | |

Changes to the SEVIS Login Process Muster         •••  12/7/2015   Musters

Admissibility Policy

Admissibility Policy

1 - 30  ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins    Accessibility



**CBPnet collaboration** · Search this site · CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy  |  OFO Policy  |  OT Policy

## OFO Policy – Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| | | | |
|---|---|---|---|
| Changes to the SEVIS Login Process | 12/7/2015 | Memos | Admissibility Policy |
| Children in Parents' Passports | 8/5/2011 | Memos | Admissibility Policy |
| Clarification of Port of Entry L-1 Petition Processing and Appropriate Filing Fee Collections | 4/22/2011 | Memos | Admissibility Policy |
| Commonwealth of Northern Mariana Islands-Only Parole | 11/23/2009 | Memos | Admissibility Policy |
| Commonwealth of the Northern Mariana Islands Transitional Worker Classification | 10/17/2011 | Memo/Muster | Admissibility Policy |
| Commuter Permanent Resident Cards (Form I-551) Sent to CBP Ports of Entry | 7/1/2010 | Memos | Admissibility Policy |
| Compact of Free Association, as amended, with the Federated States of Micronesia | 8/24/2004 | Memos | Admissibility Policy |
| Compact of Free Association, As Amended, with the Republic of the Marshall Islands | 4/30/2004 | Memos | Admissibility Policy |
| Consolidated Appropriations Act of 2016 (H-1 and L-1 Fee Increase) | 1/7/2016 | Memos | Admissibility Policy |
| Consolidated Consular Database (CCD) and Passport Information and Electronic Records System (PIERS) | 6/15/2011 | Memo/Muster | Admissibility Policy |
| Continued Vigilance When Conducting Primary Inspections | 2/16/2011 | Memo/Muster | Admissibility Policy |
| Controlled Deliveries, Cold Convoys and Passthrough Operations at Ports of Entry | 2/18/2010 | SOPs | Admissibility Policy |
| Correction of Erroneous Admission | 7/30/2013 | Memos | Admissibility Policy |
| Correction of Erroneous Records of Admission (I-94 Corrections) | 4/6/2010 | Memos | Admissibility Policy |
| Create-Manage Government User Profile Guide | 11/13/2015 | Guides | Admissibility Policy |
| ████ (b) (7)(E) ████ | 2/25/2013 | Memos | Admissibility Policy |
| Creation of Admissibility Advisory Centers | 11/8/2012 | Memos | Admissibility Policy |
| ████ (b) (7)(E) ████ | 7/12/2016 | Musters | Admissibility Policy |
| Deferred Inspection Sites-Options for Responding to I-94 Inquiries | 2/27/2015 | Memos | Admissibility Policy |
| Delegation 7105 for EDL and ETC | 1/16/2009 | Memos | Admissibility Policy |
| Deployment of Enforcement Alien Removal Module and ENFORCE 9 | 8/8/2008 | Memos | Admissibility Policy |
| Deployment of TECS MOD | 5/11/2015 | Memo/Muster | Admissibility Policy |
| ████ (b) (7)(E) ████ | 7/12/2013 | Memo/Muster | Admissibility Policy |
| Determining the Admissibility of Travelers with an Approved Electronic System for Travel Authorization | 1/7/2012 | Memos | Admissibility Policy |
| Digital Approval Notification for I 590 | 8/1/2016 | Memos | Admissibility Policy |
| Discontinuance of Fee Collections on Behalf of USCIS (2) | 12/22/2016 | Memo/Muster | Admissibility Policy |
| Discontinuance of Mandatory Verification of SEVIS Status at Air, Land and Sea Ports of Entry | 5/16/2013 | Memos | Admissibility Policy |
| Document Validity Requirements for Canadians | 11/9/2009 | Memo/Muster | Admissibility Policy |
| eAPIS Outage | 8/19/2015 | Memos | |

USCBPRevised000005

Admissibility Policy

Egress-Exit Control Processing at Air Ports of Entry        ···  9/25/2012   Memos        Admissibility Policy

1 - 30  ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins   Accessibility



**U.S. Customs and Border Protection**

**CBPnet collaboration**

Search this site

CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

**All Policy** | OFO Policy | OT Policy

## OFO Policy – Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Document | Date | Type | Category |
|---|---|---|---|
| Egress-Exit Control Processing at Airports | 1/31/2011 | Memo/Muster | Admissibility Policy |
| Electronic 1-275 | 6/6/2012 | Memo/Muster | Admissibility Policy |
| Electronic I-94 Processing for Air and Sea Ports of Entry | 3/22/2013 | Memo/Muster | Admissibility Policy |
| Electronic System for Travel Authorization (ESTA) and Visa Waiver Program (VWP) Passenger Processing | 11/25/2011 | Memo/Muster | Admissibility Policy |
| Electronic System for Travel Authorization-Processing Travelers with Denied Travel Authorizations | 9/1/2009 | Memo/Muster | Admissibility Policy |
| Electronic Visa Update System (EVUS) | 11/23/2016 | Musters | Admissibility Policy |
| Electronic Visa Update Systems Field Guidance | 11/28/2016 | Memos | Admissibility Policy |
| Encounter History Query Hands-On Exercises | 7/7/2015 | Guides | Admissibility Policy |
| Enforcement of the Immigration Laws to Serve the National Interest | 2/20/2017 | Memos | Admissibility Policy |
| Enhancements to the I-94 Automation | 12/26/2013 | Memo/Muster | Admissibility Policy |
| E-Passport Requirements for Visa Waiver Program Applicants October 26, 2006 | 10/19/2006 | Memos | Admissibility Policy |
| Erroneous Admissions and Correction | 4/19/2010 | Musters | Admissibility Policy |
| e-Signature Standard Operating Procedures | 8/1/2016 | SOPs | Admissibility Policy |
| Establishment of Priority Enforcement Programs (PEP) | 6/12/2015 | Memos | Admissibility Policy |
| Executive Orders 13767 and 13768 and the Secretary's Implementation Directions of February 17, 2017 | 2/21/2017 | Memos | Admissibility Policy |
| Executive Orders 13767 and 13768 and the Secretary's Implementation Directions of February 20, 2017 | 2/21/2017 | Memos | Admissibility Policy |
| Exercise of Prosecutorial Discretion | 1/23/2012 | Memos | Admissibility Policy |
| Expansion of Closed Loop Cruise Ship Passenger Processing | 3/23/2015 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 7/13/2011 | Memos | Admissibility Policy |
| Expansion of the I-418 Manifest Pilot | 12/20/2011 | Memo/Muster | Admissibility Policy |
| Expiration of Public Law 111-230 H-1B L-1 Additional Fees | 10/7/2015 | Memos | Admissibility Policy |
| Extended Grants of Advance Parole by U.S. Citizen and Immigration Services | 1/25/2010 | Memos | Admissibility Policy |
| Extension of Border Zone in New Mexico | 7/1/2013 | Musters | Admissibility Policy |
| (b) (7)(E) | 7/21/2015 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 8/25/2015 | Memo/Muster | Admissibility Policy |
| Federal Supervisor SEVIS Profile Completion Job Aid | 11/20/2015 | Guides | Admissibility Policy |
| Field Guidance on Processing Digitized A-Files | 5/27/2008 | Memo/Muster | Admissibility Policy |
| Filipino World War II Verterans Parole Program MemoMuster | 9/19/2016 | Memo/Muster | Admissibility Policy |
| Flight Diversions - Aircrafts Returning to the Gate and Reporting Requirements | 10/14/2011 | Memos | |

USCBPRevised000007

Admissibility
Policy

Form 1-92 Aircraft-Vessel Report                ···   4/28/2011   Memos          Admissibility
                                                                                  Policy

1 - 30   ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable
Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret
or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures
Handbook

Get Plugins   Accessibility



U.S. Customs and
Border Protection

**CBPnet** collaboration     `Search this site` 🔍     CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy     OFO Policy | OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| | Date | Type | Category |
|---|---|---|---|
| FORM I-247D Immigration Detainer - Request for Voluntary Action SAMPLE | 6/12/2015 | Guides | Admissibility Policy |
| Form I-247N Request for Voluntary Notification of Release of Suspected Priority Alien SAMPLE | 6/12/2015 | Guides | Admissibility Policy |
| (b) (7)(E) | 5/26/2009 | Memo/Muster | Admissibility Policy |
| Forwarding Form I-275 to the U.S. Department of State | 12/23/2008 | Memo/Muster | Admissibility Policy |
| Forwarding I-192 Application for Advance Permission to Enter as Nonimmigrant to the Admissibility Review Office | 2/15/2013 | Memo/Muster | Admissibility Policy |
| Fraud and Misrepresentation Threshold Guidance | 4/6/2006 | Memos | Admissibility Policy |
| Fraud Prevention Program | 10/14/2008 | Memos | Admissibility Policy |
| Fraudulent Document Analysis Unit (FDAU) Update | 9/29/2015 | Memos | Admissibility Policy |
| Frequently Asked Questions Regarding the Mandatory Transition to the new 04-14 Version of the CBP Customs Declaration | 7/7/2014 | Memos | Admissibility Policy |
| Further Simplify of Processing Cuba Citizens under the Cuban Refugee Adjustment Act of 1966 (CRAA) | 10/23/2013 | Memos | Admissibility Policy |
| General Aviation Processing | 4/7/2004 | Memos | Admissibility Policy |
| Georgian Status-Neutral Travel Documents | 7/27/2012 | Memo/Muster | Admissibility Policy |
| Global Entry Program Eligibility | 2/27/2013 | Musters | Admissibility Policy |
| Global Entry Program Procedures | 12/3/2011 | Memo/Muster | Admissibility Policy |
| Global Entry Standard Operating Procedure | 6/1/2014 | SOPs | Admissibility Policy |
| GOES GES Changes for October 6, 2015 | 10/2/2015 | Memos | Admissibility Policy |
| Guidance for Processing Travelers with the TWIC Letter Received Annotation on the B1-B2 Visa | 3/25/2011 | Memo/Muster | Admissibility Policy |
| Guidance on Correcting Class of Admission for Certain Refugee-Asylee Follow-to-Join Foil Pilot Cases | 1/30/2012 | Memos | Admissibility Policy |
| Guidance on Executive Order Protecting the Nation from Foreign Terrorist Entry into the United States | 1/28/2017 | Memos | Admissibility Policy |
| (b) (7)(E) | 6/7/2010 | Memos | Admissibility Policy |
| Guidance on the Treatment of United States Citizen Minors Traveling Without Their Parent(s) or Legal Guardian(s) | 10/24/2012 | Memo/Muster | Admissibility Policy |
| Guidance on the Use of Interpreters and Interpreter Services; IFM Update IN03-44 | 7/7/2003 | Memos | Admissibility Policy |
| Guidance Regarding Admissibility of Aliens Who Violate the Terms of Special Registration, Special Registration Guidance 7 | 8/12/2003 | Memos | Admissibility Policy |
| H1B and H1B1 Processing Muster | 11/22/2016 | Musters | Admissibility Policy |
| H1B and H1B1 Processing | 11/22/2016 | Memos | Admissibility Policy |
| Hague Adoption Immigrant Visa Categories IH-3 and IH-4 | 8/11/2008 | Memo/Muster | Admissibility Policy |
| Haitian Alien Minors Arriving in the United States | 1/22/2010 | Memos | Admissibility Policy |
| Hidden I-94 Class of Admission Code (COA) | 1/13/2015 | Memo/Muster | Admissibility Policy |
| Hidden I-94 Class of Admission Code | 12/17/2014 | Musters | |

USCBPRevised000009

Human Trafficking Module 2 – Indicators and Victim Assistance    •••   3/26/2007   Musters

1 - 30  ▶

Admissibility Policy

Admissibility Policy

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls OIT Information Systems Security Policies and Procedures Handbook

Get Plugins    Accessibility

USCBPRevised000010



**CBPnet collaboration**   Search this site   🔍      CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

**All Policy**   OFO Policy | OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Title | Date | Type | Policy |
|---|---|---|---|
| Hydaburg Cooperative Association Enhanced Tribal Card | 2/12/2015 | Memos | Admissibility Policy |
| Hydaburg Cooperative Association Tribe of Alaska Enhanced Tribal Card (ETC) | 2/22/2015 | Musters | Admissibility Policy |
| I-418 Modification to Capture Alien Longshore Work Status | 2/7/2013 | Memo/Muster | Admissibility Policy |
| I-590 Digital Approval Process Memorandum_RAD to CBP | 7/13/2016 | Memos | Admissibility Policy |
| I-849 Report to the Fines, Penalties, and Forfeitures Division of Possible Violation of the Immigration and Nationality Act | 12/1/2008 | Guides | Admissibility Policy |
| I-94 Automation at Air and Sea Ports of Entry | 11/14/2012 | Memos | Admissibility Policy |
| I-94 Automation Deferred Inspection Sites | 5/31/2013 | Memos | Admissibility Policy |
| I-94 Automation for Refugee Processing | 9/4/2015 | Memo/Muster | Admissibility Policy |
| I-94 Automation Guidelines for Processing Travelers at Primary and Secondary | 3/1/2013 | SOPs | Admissibility Policy |
| I-94 Automation Standard Operating Procedure | 4/27/2015 | SOPs | Admissibility Policy |
| I-94 Automation Updated Field Guidance and Information | 6/19/2013 | Memos | Admissibility Policy |
| I-94 Corrections | 2/18/2014 | Memos | Admissibility Policy |
| I-94 Maintenance Updates in TECS MOD | 12/23/2015 | Memo/Muster | Admissibility Policy |
| Immigrant Visa Packages and the Form I-601, Application for Waiver of Grounds of Inadmissibility | 6/5/2012 | Memo/Muster | Admissibility Policy |
| Immigrant Visa Packet Mailing Address | 7/21/2014 | Memo/Muster | Admissibility Policy |
| Immigrant Visa Processing - Derivative Status | 3/12/2014 | Memos | Admissibility Policy |
| Immigrant Visa Processing | 5/11/2007 | Memo/Muster | Admissibility Policy |
| Implementation of Admissibility Advisory Networks | 3/13/2013 | Memos | Admissibility Policy |
| Implementation of Boarding Foils for Certain US Citizenship and Immigration Services (USCIS) Paroles | 10/25/2013 | Memos | Admissibility Policy |
| Implementation of Court Order regarding Flores Settlement Agreement | 10/19/2015 | Memo/Muster | Admissibility Policy |
| Implementation of Standard Operating Procedures (SOP) for Processing Lost or Stolen Passport Information | 6/17/2005 | Memos | Admissibility Policy |
| Implementation of the Pilot Electronic Form I-418 Passenger Crew Manifest | 7/16/2013 | Memo/Muster | Admissibility Policy |
| Implementation of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 | 3/19/2009 | Memos | Admissibility Policy |
| Implementation of U.S. Customs and Border Protection National Standards on Transport, Escort, Detention, and Search (TEDS) | 11/9/2015 | Memo/Muster | Admissibility Policy |
| Implementing the President's Border Security and Immigration Enforcement Improvements Policies | 2/20/2017 | Memos | Admissibility Policy |
| Inadmissibile Aliens - Public Health Grounds | 1/2/2013 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 6/1/2015 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 10/22/2015 | Memos | Admissibility Policy |
| Indefinite Nonimmigrant Waivers | 5/18/2005 | Memo/Muster | |

USCBPRevised000011

Inspections of Field Personnel Employed by the International Boundary Commission (IBC)   •••   4/24/2012   Memos

Admissibility Policy

Admissibility Policy

1 - 30   ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls  OIT Information Systems Security Policies and Procedures Handbook

Get Plugins   Accessibility

USCBPRevised000012



**U.S. Customs and Border Protection**

**CBPnet collaboration**

Search this site 🔍

CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy | OFO Policy | OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

| | | | |
|---|---|---|---|
| Instruction 044-001-001 Implementing Department of Homeland Security Immigration Enforcement Priorities | 6/10/2015 | Guides | Admissibility Policy |
| Instructions for Completing the Single Journey Letter | 3/24/2009 | SOPs | Admissibility Policy |
| **(b) (7)(E)** | 2/23/2016 | Memo/Muster | Admissibility Policy |
| Issuance of Paper Form I-94 when Form I-515A is Served | 4/17/2014 | Memo/Muster | Admissibility Policy |
| Issuing Penalties for Failure to Report Arrival - Persons and Pleasure Vessels | 2/19/2008 | Musters | Admissibility Policy |
| Kootenai Tribe Enhanced Tribal Card | 1/10/2011 | Memo/Muster | Admissibility Policy |
| Land and Sea Travel Document Requirements Effective June 1 2009 | 5/14/2009 | Memo/Muster | Admissibility Policy |
| Legacy Stamps and Forms | 1/11/2013 | Memos | Admissibility Policy |
| Legacy TECS Retirement Schedule | 5/6/2016 | Memo/Muster | Admissibility Policy |
| Legal Representation During Inspection | 8/19/2014 | Memos | Admissibility Policy |
| Legislative Changes to Section 217(a) of the INA Muster | 1/21/2016 | Musters | Admissibility Policy |
| Legislative Changes to Section 217(a) of the INA | 1/21/2016 | Memos | Admissibility Policy |
| Machine-Readable Passport Requirement for Visa Waiver Program Applicants for Admission | 10/21/2004 | Memos | Admissibility Policy |
| Mailing Immigrant Visa Packets | 10/13/2011 | Memo/Muster | Admissibility Policy |
| Mandatory Requirement for Photo Comparison During Inspection | 9/13/2013 | Memos | Admissibility Policy |
| Manifest Processing Hands-On Exercises | 7/7/2015 | Guides | Admissibility Policy |
| Misclassification of Conditional Resident Immigrant Visa Applicants | 6/17/2013 | Memo/Muster | Admissibility Policy |
| Modernized TECS - Management Briefing | 5/7/2015 | Guides | Admissibility Policy |
| **(b) (7)(E)** | 12/22/2004 | Memos | Admissibility Policy |
| New Advance Parole-Employment Authorization Combo Card | 1/31/2011 | Musters | Admissibility Policy |
| **(b) (7)(E)** | 2/26/2014 | Memo/Muster | Admissibility Policy |
| New HH-6 Class of Admission for Haitian Orphan Parolees | 1/24/2011 | Musters | Admissibility Policy |
| New I-94 Retrieval Website | 2/24/2015 | Memos | Admissibility Policy |
| New J-1 Exchange Visitor Visa Subcategory for Same-Sex Domestic Partners of U.S. Foreign Service Officers | 4/8/2011 | Memos | Admissibility Policy |
| New Standard Operating Procedures Accommodation For Use Of Passport Cards In Lieu Of Passport Book For Emergency Air Travel | 1/27/2015 | SOPs | Admissibility Policy |
| New TECS Disposition Code for Silent Paroles | 2/25/2014 | Musters | Admissibility Policy |
| New U.S. Citizenship and Immigration Service Parole Programs | 10/15/2015 | Memo/Muster | Admissibility Policy |
| Non-immigrant Classifications in CBP Systems | 12/11/2012 | Musters | Admissibility Policy |
| | 9/30/2002 | Memos | |

USCBPRevised000013

Nonimmigrant Unforeseen Emergency Waiver Under Section 212(d)(4)(A) of the
Immigrant and Nationality Act-IFM Update IN02-29

Admissibility
Policy

North American Free Trade Agreement Admissibility Reference Guide     ...     6/27/2012     Memos     Admissibility
Policy

1 - 30   ▶

SPII ALLOWED on this site - Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable
Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret
or Top Secret information. Content owners are responsible for ensuring appropriate access controls  OIT Information Systems Security Policies and Procedures
Handbook

Get Plugins     Accessibility



**CBPnet collaboration**

Search this site   ▾ 🔍    CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy    OFO Policy | OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Document | Date | Type | Policy |
|---|---|---|---|
| North American Free Trade Agreement Reference Guide for TN and L Applicants | 6/26/2012 | SOPs | Admissibility Policy |
| OFO SIGMA Custody Electronic Data Screenshots | 7/12/2016 | Guides | Admissibility Policy |
| Operating Procedure for Section 289 North American Indian Born in Canada, Adjustment of Status and Completion of Form I-181 | 2/1/2013 | SOPs | Admissibility Policy |
| Parole of Citizens of Russia into Guam | 12/14/2011 | Memo/Muster | Admissibility Policy |
| Parole of Inadmissible Nonimmigrant Aliens - Revised | 5/12/2015 | Memos | Admissibility Policy |
| Parole of Inadmissible Nonimmigrant Aliens (Revised) | 12/16/2014 | Memos | Admissibility Policy |
| Parole of Inadmissible Nonimmigrant Aliens | 11/19/2014 | Musters | Admissibility Policy |
| Parole to Join a Foreign-Flagged Vessel in Puerto Rico | 1/7/2013 | Memos | Admissibility Policy |
| Paroles for Information Media Representatives | 5/18/2004 | Memos | Admissibility Policy |
| (b) (7)(E) | 8/8/2012 | Memos | Admissibility Policy |
| Pasqua Yaqui Tribe Enhanced Tribal Card | 7/20/2010 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 1/19/2016 | Memos | Admissibility Policy |
| Permanent Resident Cards (Form I-551) for Commuters to be Sent Directly to CBP Ports of Entry | 7/5/2010 | Musters | Admissibility Policy |
| Permanent Resident Cards (PRC), Forms I-551, Without Expiration Dates (WED); Abandonment of Residence Cases | 5/29/2008 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 5/29/2015 | Memos | Admissibility Policy |
| Phase 1 and 2 Western Hemisphere Travel Initiative (WHTI) Enforcement Policy | 1/11/2007 | Memos | Admissibility Policy |
| (b) (7)(E) | 7/7/2015 | Guides | Admissibility Policy |
| Policy Changes for Lost Stolen or Destroyed Permanent Resident Cards Forms I-551-Muster | 2/17/2016 | Musters | Admissibility Policy |
| Policy Changes for Lost Stolen or Destroyed Permanent Resident Cards Forms I-551-Memo | 2/17/2016 | Memos | Admissibility Policy |
| Port Copies of A-Files | 10/20/2011 | Memos | Admissibility Policy |
| Port of Entry Paroles and Re-Paroles | 12/2/2013 | Memo/Muster | Admissibility Policy |
| Prevent Departure Standard Operating Procedure | 4/21/2008 | SOPs | Admissibility Policy |
| Primary Lookout Over-Ride Directive | 4/6/2009 | Memo/Muster | Admissibility Policy |
| Primary Lookout Over-Ride Management Information Subject Standard Reports (MIZS) for Self-Inspection | 5/24/2011 | Memo/Muster | Admissibility Policy |
| Primary Processing Document Swiping Order | 10/28/2015 | Memo/Muster | Admissibility Policy |
| (b) (7)(E) | 4/23/2007 | Memos | Admissibility Policy |
| Procedures Terms of Admission and Permissible Activities for B-1 Temporary Visitor for Business | 11/15/2011 | Memos | Admissibility Policy |
| Processing After Lease Service Applicants for Admission | 2/22/2013 | Memo/Muster | Admissibility Policy |
| Processing Criminal Aliens (Detainers and Paroles) | 7/30/2013 | Memos | |

USCBPRevised000015

Admissibility
Policy

Processing Expedited Removal Cases                         ⋯   10/2/2014   Memo/Muster   Admissibility
                                                                                        Policy

1 - 30   ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable
Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret
or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures
Handbook

Get Plugins    Accessibility



**CBPnet collaboration**

Search this site 🔍

CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy    OFO Policy    OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Document | Date | Type | Policy |
|---|---|---|---|
| Processing Form I-862 Notice to Appear for Unaccompanied Alien Children (UAC) | 5/23/2014 | Memos | Admissibility Policy |
| Processing Global Entry and NEXUS Air Program Members | 3/5/2013 | Memos | Admissibility Policy |
| Processing K-1 Fiance(e) Visa | 6/21/2011 | Memo/Muster | Admissibility Policy |
| Processing Non-Arriving Aliens Encountered by CBP | 2/24/2014 | Memo/Muster | Admissibility Policy |
| Processing of Applicants for Admission under The North American Free Trade Agreement | 10/20/1999 | Memos | Admissibility Policy |
| Processing of Arriving Diplomats Using the **(b) (7)(E)** | 6/29/2010 | Memo/Muster | Admissibility Policy |
| Processing of Asylee Follow to Join Applicants | 6/22/2012 | Memos | Admissibility Policy |
| Processing of B18 Records | 8/19/2013 | Memos | Admissibility Policy |
| Processing of Commuter Students (F-3 and M-3) | 8/16/2013 | Memos | Admissibility Policy |
| Processing of Cubans at Ports of Entry | 6/25/2013 | Memos | Admissibility Policy |
| Processing of Foreign Government Officials | 10/31/2008 | Memo/Muster | Admissibility Policy |
| Processing of L-1 Nonimmigrants | 9/3/2008 | Memo/Muster | Admissibility Policy |
| Processing of Lost Stolen US and Foreign Passports | 4/17/2014 | Memos | Admissibility Policy |
| Processing of Passengers with Religious, Cultural, or Privacy Considerations | 7/12/2012 | Memo/Muster | Admissibility Policy |
| Processing of Refugee Applicants | 12/31/2012 | Memo/Muster | Admissibility Policy |
| Processing of Transportation Security Administration or Third Party Referrals | 6/10/2008 | Memos | Admissibility Policy |
| Processing of Warrants for Arrest Standard Operating Procedure | 3/26/2015 | SOPs | Admissibility Policy |
| **(b) (7)(E)** | 7/1/2011 | Memos | Admissibility Policy |
| Processing Vehicles with Temporary (paper) Plates or Without License Plates Entering the United States at the Land Border | 3/17/2015 | Memos | Admissibility Policy |
| Promoting the Use of Discretionary Authority | 12/31/2007 | Memos | Admissibility Policy |
| Proper Completion of Form I-515A (Notice to Student or Exchange Visitor) | 12/30/2015 | Memo/Muster | Admissibility Policy |
| Proper Completion of Form I-515A | 5/13/2013 | Memo/Muster | Admissibility Policy |
| Proper Passport Notations When Admission Denied | 6/26/2007 | Memos | Admissibility Policy |
| Proper Recording of No Show Deferred Inspections | 12/21/2015 | Memo/Muster | Admissibility Policy |
| Publication of the Additional Aliens Rule (8 CFR Parts 215 and 235) | 1/16/2009 | Musters | Admissibility Policy |
| Pursuing Charges Under the Immigration and Naturalization Act 237 | 12/29/2008 | Memos | Admissibility Policy |
| Quick Guide to Modernized TECS Version 2.0 | 7/7/2015 | Guides | Admissibility Policy |
| Redesigned ESTA Website for Visa Waiver Program Visitors | 9/10/2015 | Memo/Muster | Admissibility Policy |
| Referrals from Primary to Secondary at Air Ports of Entry | 9/25/2012 | Memo/Muster | Admissibility Policy |

USCBPRevised000017

Refusing Entry to Visa Waiver Program Applicants        •••   7/1/2009   Memos   Admissibility Policy

Admissibility Policy

1 - 30   ▶

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins   Accessibility



CBPnet **collaboration** | Search this site | CBPnet CBP.gov

U.S. Customs and Border Protection

Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services

All Policy | OFO Policy | OT Policy

## OFO Policy – Admissibility Policy

<< ORT Home
- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Document | Date | Type | Policy |
|---|---|---|---|
| Re-Issuance of Mandatory Requirements for Photo Comparison | 6/3/2015 | Memos | Admissibility Policy |
| Removal of Foreign Documents | 7/17/2013 | Memos | Admissibility Policy |
| Requirements Prior to Manually Adding Passengers in the Traveler Primary Arrival Client | 1/5/2011 | Manuals | Admissibility Policy |
| Rerouting Diverted Flights in TECS | 11/18/2013 | Memo/Muster | Admissibility Policy |
| Revised Secondary Procedures for Issuance of the Arrival and Departure Record, Forms I-94 and I-94W, at Land Ports of Entry | 11/16/2009 | Musters | Admissibility Policy |
| Revised United States Employment Authorization Document (Form I-766) | 5/7/2010 | SOPs | Admissibility Policy |
| Revised United States Employment Authorization Document | 6/1/2010 | Memo/Muster | Admissibility Policy |
| Revised United States Permanent Resident Card | 5/10/2010 | Memo/Muster | Admissibility Policy |
| Secure Certificate of Indian Status | 12/14/2009 | Musters | Admissibility Policy |
| Self-Paced Tour of Modernized TECS - Training and Production | 5/11/2015 | Guides | Admissibility Policy |
| Seneca Nation Enhanced Tribal Card | 3/25/2014 | Memo/Muster | Admissibility Policy |
| Senior Officials Meeting III (SOM3) and Asia-Pacific Economic Cooperation Business Travel Card (ABTC) Member Processing | 8/10/2011 | Memos | Admissibility Policy |
| SEVIS Number Query Activation at Seaports | 7/21/2015 | Memo/Muster | Admissibility Policy |
| SEVIS Number Query Enhancement Activation | 7/6/2015 | Memo/Muster | Admissibility Policy |
| SEVIS Number Query in the Traveler Primary Arrival Client and the Consolidated Inspection System | 7/6/2015 | Guides | Admissibility Policy |
| SIGMA Custody Enhancements | 7/12/2016 | Memos | Admissibility Policy |
| SIGMA Enhancements to Complement Section 217(a) of the INA Changes | 1/22/2016 | Memo/Muster | Admissibility Policy |
| SIGMA Family Unit Enhancements | 2/25/2016 | Guides | Admissibility Policy |
| Significant Public Benefit Parole (SPBP) Protocols | 11/14/2005 | Memos | Admissibility Policy |
| Single Sign on for the Global Enrollment System (GES) | 10/28/2015 | Memos | Admissibility Policy |
| Six Month Club Update | 7/16/2015 | Guides | Admissibility Policy |
| Six-Month Pilot Program for Crew Sign-On and Sign-Off Inspection | 9/23/2013 | Memo/Muster | Admissibility Policy |
| Small Vessel Reporting System Standard Operating Procedures | 8/30/2012 | Memos | Admissibility Policy |
| Social Media Data Field Memo | 12/30/2016 | Memos | Admissibility Policy |
| Southern Border Overflight Exemption Guidance for General Aviation Flights | 6/13/2013 | Memos | Admissibility Policy |
| Standard Operating Procedures on the Small Vessel Reporting System (SVRS) | 12/11/2011 | Memos | Admissibility Policy |
| Standards to Prevent Detect and Respond to Sexual Abuse and Assualt | 8/12/2014 | Memos | Admissibility Policy |
| Streamlined Processing of Initial Refugee Arrivals | 9/30/2015 | Memo/Muster | Admissibility Policy |
| Successful Primary Inspection | 6/6/2011 | Memos | |



SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins    Accessibility



**CBPnet collaboration**

Search this site 🔍

CBPnet   CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy    OFO Policy | OT Policy

## OFO Policy – Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -

ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Title | Date | Type | Policy |
|---|---|---|---|
| Supervisory Checklists Air, Sea, Land | 3/10/2011 | Memos | Admissibility Policy |
| TECS MOD Portal Welcome Letter for CBP Users | 5/11/2015 | Guides | Admissibility Policy |
| TECS Person Query Hands-On Exercises | 7/7/2015 | Guides | Admissibility Policy |
| TECS Supervisory Approval for PLOR changes on July 22, 2015 | 7/7/2015 | Memo/Muster | Admissibility Policy |
| Temporary I-551 ADIT Stamp for LPRs Paroled for Completion of Inspection or Released for Removal Hearing or Re-entry Permit | 8/8/2008 | Memo/Muster | Admissibility Policy |
| Temporary Protected Status 18-Month Extension for Sudan and New Designation for South Sudan | 10/18/2011 | Memo/Muster | Admissibility Policy |
| The CBP Officer's Guide to Immigration-Related Carrier Fines | 2/1/2009 | SOPs | Admissibility Policy |
| The Enforcement Mindset | 11/23/2010 | Memos | Admissibility Policy |
| The Republic of South Sudan Passports | 10/21/2011 | Memo/Muster | Admissibility Policy |
| The Secured Integrated Government Mainframe Access (SIGMA) Application | 7/1/2011 | Memo/Muster | Admissibility Policy |
| TN and L-1 Optimized Processing Implementation | 8/28/2014 | Memos | Admissibility Policy |
| TN -L-1 Designated POEs and Preclearance Facilities | 8/28/2014 | Guides | Admissibility Policy |
| TPAC Enhancements to Assess One Stop and Express Connect | 10/7/2015 | Memo/Muster | Admissibility Policy |
| TPAC Enhancements Training Document - Facial Comparison Tool 2 | 8/25/2015 | Guides | Admissibility Policy |
| Trade NAFTA Period of Admission | 11/1/2013 | Memo/Muster | Admissibility Policy |
| Trade NAFTA Processing at Ports of Entry | 12/23/2011 | Memo/Muster | Admissibility Policy |
| Transition to Boarding Foils | 4/6/2012 | Memo/Muster | Admissibility Policy |
| Transition to the Secured Integrated Government Mainframe Access (SIGMA) | 10/20/2010 | Memos | Admissibility Policy |
| Treasury Enforcement Communication System (TECS) Name Change | 10/23/2008 | Memos | Admissibility Policy |
| Trusted Traveler Program Denials and Revocations | 11/9/2007 | Memos | Admissibility Policy |
| Trusted Traveler Program Secondary Referrals | 10/16/2009 | Memo/Muster | Admissibility Policy |
| Trusted Traveler Programs Membership Benefits | 4/9/2015 | Memos | Admissibility Policy |
| Trusted Traveler Systems Training Guides | 10/2/2015 | Memos | Admissibility Policy |
| TTP Quick Reference Guide | 7/11/2011 | Guides | Admissibility Policy |
| U.S. Pedestrian Biometrics Quick Reference Guide | 6/25/2009 | SOPs | Admissibility Policy |
| Unaccompanied Alien Child Initial Placement Referral Form | 9/29/2009 | Memos | Admissibility Policy |
| Unaccompanied Alien Children Interim Guidance Reissue Response to Office of the Inspector General Report | 11/12/2010 | Memo/Muster | Admissibility Policy |
| Unaccompanied Alien Delegation of Authority | 7/12/2013 | Memos | Admissibility Policy |
| United Kingdom Extension of Passports | 6/24/2014 | Memos | |

USCBPRevised000021

| | | | | |
|---|---|---|---|---|
| | United States Border Crossing Card | ••• | 10/1/2008 | Guides |

1 - 30 ▶

Admissibility Policy

Admissibility Policy

SPII ALLOWED on this site – Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins   Accessibility



U.S. Customs and Border Protection

**CBPnet collaboration**

Search this site 🔎

CBPnet | CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy | OFO Policy | OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| | | | |
|---|---|---|---|
| United States Citizen Minors Traveling Without Their Parents or Legal Guardians | 10/12/2012 | Memo/Muster | Admissibility Policy |
| Unlawful Presence and Unlawful Status | 9/20/2005 | Memos | Admissibility Policy |
| **(b) (7)(E)** | 6/15/2016 | Memo/Muster | Admissibility Policy |
| Update on Policy for the Treatment of Individuals Who Were Previously Subject to NSEERS Reporting and Registration | 3/16/2015 | Memos | Admissibility Policy |
| Update to Automated Passport Control-Declaration Referrals | 9/14/2015 | Memos | Admissibility Policy |
| Update to Legislative Changes to Section 217(a) of the INA | 6/17/2016 | Memo/Muster | Admissibility Policy |
| Updated Guidance for Processing US-VISIT Exempt Travelers | 6/8/2010 | Memos | Admissibility Policy |
| Updated Guidance on Port Copies of A-Files | 5/6/2016 | Memo/Muster | Admissibility Policy |
| Updated Guide-New Amendments to the Cuban Assets Control Regulations Allow the Importation of Certain Goods by Travelers | 2/11/2015 | Memos | Admissibility Policy |
| Updated I-94 Automation Standard Operating Procedure | 5/7/2015 | Memo/Muster | Admissibility Policy |
| Updated Land Border Directive Mandatory Muster Modules | 5/14/2008 | Memo/Muster | Admissibility Policy |
| Updated Processing Guidance for US-VISIT Exemption in the Traveler Primary Arrival Client | 10/19/2009 | Musters | Admissibility Policy |
| Updated Processing of Initial Refugees Arrivals | 4/19/2016 | Memo/Muster | Admissibility Policy |
| Updated Standard Operating Procedures on the Integrated Automated Fingerprint Identification System | 8/24/2004 | Memos | Admissibility Policy |
| Updating F-1 Students Processing at Ports of Entry | 10/4/2015 | Memo/Muster | Admissibility Policy |
| US Airways Merger with American Airlines | 10/7/2015 | Memo/Muster | Admissibility Policy |
| US Arrival Supports Electronic System for Travel Authorization | 2/5/2013 | Memos | Admissibility Policy |
| USCIS Inquiry Mailbox | 5/14/2015 | Memo/Muster | Admissibility Policy |
| Use of Form I-213 | 12/29/2005 | Memo/Muster | Admissibility Policy |
| Use of NEXUS Card as a Travel Document to and from a NEXUS Designated Airport | 7/31/2008 | Memo/Muster | Admissibility Policy |
| Use of the Immigration and Nationality Act 212(a)(6)(C)(i) Charge | 9/25/2012 | Memos | Admissibility Policy |
| Use of the Passport Card in the Air Environment for Emergency Situations | 10/20/2008 | Memos | Admissibility Policy |
| User Profile Update Self Hands-On Exercises | 7/7/2015 | Guides | Admissibility Policy |
| Valid Documentation for Blood Quantum Under Section 289 of the Immigration and Naturalization Act | 3/16/2015 | Memos | Admissibility Policy |
| Validation Instrument for Business Enterprises Access for Customs and Border Protection officers | 5/29/2013 | Memos | Admissibility Policy |
| Visa Foil Number Alphanumerical | 7/20/2009 | Memos | Admissibility Policy |
| Visa Foils Issued for Cuban Medical Professional Program | 12/8/2010 | Memo/Muster | Admissibility Policy |
| Visa Waiver Program (VWP) e-Passport Requirement | 4/1/2016 | Memos | Admissibility Policy |
| Visa Waiver Program Departures Interrupted by the Japan Earthquake | 3/11/2011 | Memo/Muster | |

USCBPRevised000023

| | | | | | Admissibility Policy |
|---|---|---|---|---|---|
| Visa Waiver Program Emergency and Temporary Passports | ••• | 3/26/2009 | Memo/Muster | | Admissibility Policy |

1 - 30  ▶

SPII ALLOWED on this site - Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins   Accessibility



U.S. Customs and Border Protection

**CBPnet collaboration**

Search this site 🔍

CBPnet    CBP.gov

| Commiss oner | Air & Marine | Border Patrol | Field Operations | Trade | Operations Support | Enterprise Services |

All Policy    OFO Policy | OT Policy

## OFO Policy - Admissibility Policy

<< ORT Home

- A -
- B -
- C -
- D -
- E -
- F -
- G -
- H -
- I -
- J -
- K -
- L -
- M -
- N -
- O -
- P -
- Q -
- R -
- S -
- T -
- U -
- V -
- W -
- X -
- Y -
- Z -
ALL

### OFO Other Policy Documents (Memos, Guides, Manuals, SOPs)

| Title | Date | Type | Policy |
|---|---|---|---|
| Visa Waiver Program Passport Compliance Update | 2/5/2016 | Guides | Admissibility Policy |
| (b) (7)(E) | 4/27/2012 | Memo/Muster | Admissibility Policy |
| Waiver by Joint Action of Visa and Passport Requirements for Members of Armed Forces and Coast Guards of Foreign Countries | 5/14/2014 | Memos | Admissibility Policy |
| Web Access for Electronic Documentation and Information System on Investigation Network with Information of Travel Document | 2/27/2013 | Memo/Muster | Admissibility Policy |
| Western Hemisphere Travel Initiative (WHTI) Phase 2 Enforcement Strategy for Air Travelers | 10/22/2007 | Memos | Admissibility Policy |
| Western Hemisphere Travel Initiative Border Crossing Card | 9/30/2008 | Memo/Muster | Admissibility Policy |
| Western Hemisphere Travel Initiative Dual Nationality | 12/28/2007 | Memos | Admissibility Policy |
| Western Hemisphere Travel Initiative Enforcement for Air Travelers | 2/19/2008 | Memo/Muster | Admissibility Policy |
| Western Hemisphere Travel Initiative Procedures for Air Travelers | 5/19/2011 | Memo/Muster | Admissibility Policy |
| Western Hemisphere Travel Initiative Transition Phase Guidance-Reminder | 1/31/2008 | Memos | Admissibility Policy |
| Withdrawal of Application Procedures at Ports of Entry | 3/9/2015 | Memos | Admissibility Policy |

SPII ALLOWED on this site - Material posted on this website may be Sensitive But Unclassified, to include, For Official Use Only, Personally Identifiable Information (PII), or Sensitive Personally Identifiable Information (SPII), or Sensitive Security Information. This environment WILL NOT house Classified, Secret or Top Secret information. Content owners are responsible for ensuring appropriate access controls. OIT Information Systems Security Policies and Procedures Handbook

Get Plugins    Accessibility