UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>   Defendant. | Civil Action No. 24-0925 (TJK) |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Amended Complaint in this matter by thirty days—i.e., until September 9, 2024. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed the Complaint in this action on April 1, 2024, and served the U.S. Attorney's Office on or about June 3, 2024. On June 25, 2024, Plaintiff filed an Amended Complaint. Plaintiff brings its claims under the Freedom of Information Act. Defendant's deadline to respond to the Amended Complaint is currently August 8, 2024. *See* July 2, 2024, Minute Order.

The parties have been in discussions regarding a way to resolve this matter that would not require Court intervention. The discussions are ongoing and require input and approval from multiple individuals, which means any such resolution will take a reasonable amount of time. The undersigned thus requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's Amended Complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's second request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Amended Complaint.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Amended Complaint be extended through and including September 9, 2024. A proposed order is enclosed herewith.

Dated: August 1, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*