UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Civil Action No. 24-0925 (TJK) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN PART
OR, IN THE ALTERNATIVE, TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, U.S. Customs and Border Protection ("Defendant"), by and through undersigned counsel, respectfully moves for partial summary judgment because Plaintiff Al Otro Lado did not properly exhaust one of the Freedom of Information Act ("FOIA") requests that is the subject of this matter and accordingly, any claims related to that request should be dismissed. In support of this motion, Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, and Declaration of Patrick Howard. A proposed order is submitted herewith.

\*     \*     \*

Dated: October 9, 2024                    Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar #481052
                                                United States Attorney

                                                BRIAN P. HUDAK
                                                Chief, Civil Division

                                        By:        /s/ *Kaitlin K. Eckrote*
                                                KAITLIN K. ECKROTE, D.C. Bar #1670899
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                (202) 252–2485
                                                Kaitlin.Eckrote@usdoj.gov

                                                *Attorneys for the United States of America*