UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        Defendant. | Civil Action No. 24-0925 (TJK) |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Federal Rule of Civil Procedure ("Rule") 56 and Local Civil Rule 7(h), Defendant respectfully submits the following statement of material facts as to which there is no genuine dispute:

1. Patrick Howard, a Branch Chief in the Freedom of Information Act ("FOIA") Division at U.S. Customs and Border Protection ("CBP"), oversees a staff of Government Information Specialists, the processing of requests for records submitted to CBP pursuant to the FOIA, the Privacy Act, 5 U.S.C. § 552a, and other activities conducted pursuant to applicable records access provisions. Patrick Howard Decl. ¶ 1 (October 8, 2024).

2. On February 16, 2024, Plaintiff submitted a FOIA Request to CBP, seeking (1) "[a]ll purchase orders for fentanyl lollipops, oral transmucosal fentanyl citrate, morphine, and Dilaudin dated between February 16, 2019 and the date of this search"; and (2) "[a]ll emails from Dr. Alexander Eastman containing the key words "fentanyl", "oral trans mucosal", or "lollipops" sent between February 16, 2019 and the date of this search." *Id.* ¶ 6.

3. CBP assigned the request FOIA Request No. CBP-FO-2024-061005. *Id.*

4. On March 20, 2024, CBP responded to Plaintiff's FOIA request, stating that all responsive records were being withheld in their entirety pursuant to 5 U.S.C. § 552(b)(7)(A). *Id.* ¶ 7.

5. CBP's response notified Plaintiff of its right to appeal the final disposition and its right to seek dispute resolution services from the Office of Government Information Services, as well as the directions on how to do so. *Id.*

6. CBP has no record of receiving an administrative appeal concerning CBP's determination in response to FOIA Request No. CBP-FO-2024-061005. *Id.* ¶ 8.

7. CBP FOIA queried its SecureRelease system and noted that the "Linked Requests" and "Appeals Queue" fields are blank, indicating that no appeal was filed through SecureRelease. *Id.*

8. If an appeal was filed, it would have been logged in the SecureRelease system. *Id.*

Dated: October 9, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252–2485
Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*