# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AL OTRO LADO,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 24-0925 (TJK)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PATRICK HOWARD

I, Patrick Howard, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Branch Chief in the Freedom of Information Act ("FOIA") Division at U.S. Customs and Border Protection ("CBP"). I have been a Branch Chief in the FOIA Division in Washington, D.C. since February 8, 2015. In this capacity, I oversee a staff of Government Information Specialists, the processing of requests for records submitted to CBP pursuant to the FOIA, 5 U.S.C. § 552, the Privacy Act ("PA"), 5 U.S.C. § 552a, and other activities conducted pursuant to applicable records access provisions.

2. I am familiar with CBP's procedures for responding to FOIA requests. I provide technical and administrative supervision and direction to a group of FOIA specialists in processing FOIA requests and assist with FOIA/PA litigation matters. I am personally familiar with the processing of FOIA/PA responses, including, at times, by directly reviewing for adequacy and compliance with federal laws and regulations.

3 I am familiar with Plaintiff's request for information from CBP related to the above captioned matter.

1

4. In furtherance of my responsibilities, I have access to records maintained in the ordinary course of business by CBP. All information contained herein is based upon information furnished to me in my official capacity, and the statements I make in this declaration are based on my personal knowledge, which includes knowledge acquired through, and agency files reviewed in, the course of my official duties.

5. I make this declaration in support of Defendant's Motion for Summary Judgment, based on Plaintiff's failure to exhaust its administrative remedies because it failed to submit an administrative appeal prior to filing the Amended Complaint in the instant action.

6. On February 16, 2024, Plaintiff submitted a FOIA Request to CBP, seeking (1) "[a]ll purchase orders for fentanyl lollipops, oral transmucosal fentanyl citrate, morphine, and Dilaudin dated between February 16, 2019 and the date of this search"; and (2) "[a]ll emails from Dr. Alexander Eastman containing the key words "fentanyl", "oral trans mucosal", or "lollipops" sent between February 16, 2019 and the date of this search." CBP assigned the request FOIA Request No. CBP-FO-2024-061005.

7. On March 20, 2024, CBP responded to Plaintiff's FOIA request, stating that all responsive records were being withheld in their entirety pursuant to 5 U.S.C. § 552(b)(7)(A). CBP's response also notified Plaintiff of its right to appeal the final disposition and its right to seek dispute resolution services from the Office of Government Information Services, as well as the directions on how to do so.

8. CBP has no record of receiving an administrative appeal concerning CBP's determination in response to FOIA Request No. CBP-FO-2024-061005. CBP FOIA queried its SecureRelease system and noted that the "Linked Requests" and "Appeals Queue" fields are blank,

indicating no appeal was filed through SecureRelease. If Plaintiff had filed an appeal, it would have been logged in the SecureRelease system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Executed this  8th   day of October, 2024.

*Patrick Howard*
_____
Patrick A. Howard, Branch Chief
FOIA Division
Privacy and Diversity Office
Office of the Commissioner
U.S. Customs and Border Protection
U.S. Department of Homeland Security

3