UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        Defendant. | Civil Action No. 24-0925 (TJK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment in part or, in the alternative, to dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; it is further

ORDERED that any claims pertaining to Plaintiff's February 16, 2024, FOIA request are hereby DISMISSED; it is further

ORDERED that Defendant shall respond to Amended Complaint within fourteen days of this Order.

SO ORDERED:

_____                                      _____

Dated                                                                              United States District Judge